# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# CQC

**Reg. No. 4,040,774**

**Registered Oct. 18, 2011**

**Int. Cl.: 13**

**TRADEMARK**

**PRINCIPAL REGISTER**

ALLIANT TECHSYSTEMS INC. (DELAWARE CORPORATION)
7480 FLYING CLOUD DRIVE
MINNEAPOLIS, MN 55344

FOR: HOLSTERS; PISTOL HOLSTERS; HOLSTER BELTS; KEEPERS AND CARRIERS FOR AFFIXATION TO HOLSTER BELTS; AMMUNITION POUCHES; CARTRIDGE CARRIERS; MAGAZINE POUCHES, IN CLASS 13 (U.S. CLS. 2 AND 9).

FIRST USE 2-10-2004; IN COMMERCE 2-12-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,161,038.

SER. NO. 85-142,026, FILED 9-30-2010.

NAPOLEON SHARMA, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office